**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **KEITH BASS** | ) |
| ***Plaintiff*,** | ) |
| v. | ) **Case No. 1:26-cv-00385-PTG-WEF** |
| **JEFFREY H. STEIN** | ) |
| ***Defendant*.** | ) |

# NOTICE

Defendant Jeffrey Stein ("Mr. Stein"), through counsel, hereby provides this Court with the Parties' availability for a new hearing date on the Motion to Dismiss filed by Mr. Stein. Plaintiff Keith Bass, through counsel, does not object to this notice. The hearing originally noticed for March 12, 2026, was removed from this Court's docket, and is set to be re-noticed by the court. *See* Dkt. No. 11. The parties' next available date for a hearing on this Court's motions day is **Thursday, April 16, 2026, at 10:00 a.m.**

Dated: March 16, 2026

Respectfully submitted,

*/s/ Allison K. Riddle*

Kandis M. Koustenis (VSB No. 91607)
Allison K. Riddle (VSB No. 93727)
**BEAN KINNEY & KORMAN PC**
2311 Wilson Blvd., Suite 500
Arlington, VA 22101
703.525.4000 (phone)
kkoustenis@beankinney.com
ariddle@beankinney.com

*Counsel for Defendant Jeffrey Stein*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 16, 2026 a true and correct copy of the foregoing was served via electronic mail to all counsel of record.

*/s/ Allison K. Riddle*
Allison K. Riddle