# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **07/09/2026** Judge: **Patricia Tolliver Giles**
Time: 11:37 a.m. – 11:56 a.m. Reporter: **S. Wallace**
(00:19)

Civil Action Number: **1:26-cv-00385-PTG-WEF**

**Keith Bass,**

**Plaintiff,**

**V.**

**Jeffrey H. Stein,**

**Defendant.**

Appearances of Counsel for Plaintiff and Counsel for Defendant.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Robert Martin, IV** | **Kandis Koustenis**<br>**Allison Riddle** |

MOTION TO/FOR:
[7] MOTION to Dismiss for Failure to State a Claim by Jeffrey H. Stein.

**MATTER ARGUED AND GRANTED – ORDER TO FOLLOW/ENTER.**

Plaintiff given Leave to Amend the Complaint within 14 days, by: July 22, 2026.