## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| KEITH BASS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 1:26-cv-385 (PTG/WEF) |
| | ) | |
| JEFFREY H. STEIN, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss. Dkt. 7. On July 9, 2026, the Court conducted a hearing on the matter. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff is granted leave to amend his complaint within fourteen (14) days of the date of this Order.

Entered this 10 day of July, 2026.
Alexandria, Virginia

_____/s/_____
Patricia Tolliver Giles
United States District Judge