IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| KEITH BASS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-385 (PTG/WEF) |
| | ) | |
| JEFFREY H. STEIN, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER

This matter comes before the Court on its own initiative. Plaintiff Keith Bass filed a complaint alleging that Defendant Jeffrey H. Stein defamed him in an internet publication. Dkt. 1-1 ¶¶ 47-62. Defendant Stein filed a Motion to Dismiss for Failure to State a Claim. Dkt. 7. On July 10, 2026, the Court issued an order granting Defendant's Motion to Dismiss and gave Plaintiff leave to file an amended complaint by July 24, 2026. Dkt. 17. Plaintiff failed to file a timely amended complaint.

For the reasons stated from the bench during the July 9, 2026, hearing it is hereby

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

The Clerk is **DIRECTED** to close this matter.

Entered this 31st day of July, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge